[No. 27306-0-I. Division One. April 12, 1993.]

THE STATE OF WASHINGTON, *Respondent*, v. STEPHEN I. HAWKINS, *Appellant*.

Appeal from a judgment of the Superior Court for Skagit County, No. 89-1-00339-1, Stanley K. Bruhn, J., entered November 12, 1990. *Affirmed* by unpublished opinion per Webster, C.J., concurred in by Coleman and Baker, JJ.

[No. 30678-2-I. Division One. April 12, 1993.]

*In the Matter of the Marriage of* CINDY A. BREBNER, *Respondent, and* J.E.D. BREBNER, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 85-3-05392-7, Wendy Gelbart, J. Pro Tem., entered April 15, 1992. *Reversed* by unpublished opinion per Webster, C.J., concurred in by Grosse and Baker, JJ.

[No. 27224-1-I. Division One. April 12, 1993.]

THE STATE OF WASHINGTON, *Appellant*, v. VINCENT TOMASO, *Respondent*.

Appeal from a judgment of the Superior Court for Island County, No. 90-1-00041-0, Richard L. Pitt, J., entered October 23, 1990. *Reversed* by unpublished opinion per Grosse, J., concurred in by Forrest and Kennedy, JJ.